# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **MIGUEL ANGEL RIVERA MARTINEZ**
SSN xxx-xx-3010

Debtor(s)

CASE NO: **22-01616-ESL**

**Chapter 13**

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ADELA L TORRUELLA***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$117.00**    Outstanding (Through the Plan): **$3,883.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $8,111.08**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Jul 20, 2022  (Dkt  19)**    Plan Base: **$48,600.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☑ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: ___ %

The Trustee objects to confirmation for the following reasons:

---

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has two sources of income: (a) professional services for ROF Construction; and (b) self employed as a landscaper. Debtor must submit paystubs or certification from ROF construction, a statement of his landscaping income and bank statements for the six months prior to filing bankruptcy.

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor has failed to commence making payments, arrears one month $500.00.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

Until the value of collateral is determined for claims no. 2 and no. 3 by Popular Auto the plan is insufficiently funded.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with post-petition DSO payments.

Debtor must submit evidence of being current with DSO payments up to plan confirmation. Debtor has one DSO which he pays directly to beneficiary.

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

Debtor has failed to submit evidence of filing 1040PR for the years 2019-2021.

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the

plan. [1322(a)(1)]

Debtor informed that his DSO payments are for $473.00, which is lower than the amount reported in Schedule I.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: July 26, 2022

/s/ Juliel Perez, Esq.

Last Docket Verified: 20   Last Claim Verified: 4   CMC: NM