# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

### *Hearing Information*

| | | | |
|---|---|---|---|
| **Debtor(s):** | MIGUEL ANGEL RIVERA MARTINEZ | **Case Number:** | 22-01616-ESL13 |
| | | **Chapter:** | 13 |
| **Date / Time / Room:** | 08/03/2022 at 10:30 AM | **Courtroom:** | Microsoft Teams Video & Audio Conferencing and/or |
| **Bankruptcy Judge:** | Hon. ENRIQUE S. LAMOUTTE INCLAN | | |
| **Courtroom deputy:** | CYBELLE HERNANDEZ ALEJANDRO | | |
| **Reporter/ECR:** | GRACIELA MUNIZ | | |

### Minutes Chapter 13 Initial Confirmation Hearing
### Hon. Enrique S. Lamoutte

*Matter:*

Confirmation Hearing of Chapter 13 Plan dated 7/20/2022 (Dkt. # 19)
Trustee's Report: [ ] Favorable [X] Unfavorable (Dkt. # 21)

I. Appearances:

[ ] Debtor
[X] Debtor's Attorney  *Madeline Hovet, Esq.*
[X] Trustee  *Juliel Pérez, Esq.*

[ ] Movant/Creditors/Others:

II. Chapter 13 Plan and Objections:

[ ] Creditor's application to withdraw objection is hereby granted. Re: docket number(s): _____.
[ ] Trustee's application to withdraw objection/unfavorable report is hereby granted. Re docket number(s): _____.

III. Disposition:

[ ] Upon debtor(s)' failure to: ___ appear at the 341 meeting of creditors; ___ appear at this hearing on confirmation; ___ make current payments to the Chapter 13 trustee; the instant case is hereby DISMISSED pursuant to § 1307(c). Debtor(s) attorney(s) is/are awarded $ _____ as fees under § 503(b)(2).
[X] The Chapter 13 plan dated 7/20/22 (dkt. # 19) is [ ] CONFIRMED.
[X] NOT CONFIRMED. Reasons: *in trustee's unfavorable report (#21).*
[X] The provisions in PR LBR 3015 apply. The period is extended to ___ days.

IV. Debtor(s) Action(s) and Timetable if Confirmation is denied:

[ ] The debtor(s) shall file an amended chapter 13 plan within ___ days.
[ ] The debtor(s) shall file evidence of being current on _____ payments within ___ days.
[ ] The debtor(s) shall file: _____ within ___ days.
[ ] Other: _____.

V. Chapter 13 trustee and parties in interest:

[ ] The Chapter 13 trustee and parties in interest, are granted _____ days to file report on confirmation and/or objections to the chapter 13 plan dated _____ (Dkt. # _____); [ ] or to the amended plan to be filed within the time specified above. If the chapter 13 trustee recommends confirmation and other parties in interest do not object, the chapter 13 plan may be confirmed.

VI. Notice on Dismissal or Conversion to Chapter 7: Upon debtor(s)' failure to timely comply with the action(s) specified above in Part IV within the allowed period, the court may enter an order dismissing or converting the case to Chapter 7 pursuant to 11 U. S. C. §1307.

VII. Attorney's Fees:

(1) [ ] PR LBR 2016-1(f)(1) $_____.
(2) [ ] Plan provides for compensation pursuant to PR LBR 2016-1(a). The amount of $_____ is hereby approved.
(3) [ ] Final fee to be determined upon application for compensation filed or to be filed within fourteen (14) days from the date of this order.
(4) [ ] Interim fee allowed: $_____ Final fee to be determined upon application for compensation filed or to be filed within fourteen (14) days from the date of this order. If application for compensation not timely filed, the attorney's fee will be the amount authorized by PR LBR 2016-1(f) (1).

VIII. [ ] Continuance: The confirmation hearing is continued to: _____ as a contested matter.
[ ] Without a date.

IX. Other: Counsel for debtor informs that debtor has not commenced payments, and is now 2 months in arrears.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge