IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> MIGUEL ANGEL RIVERA MARTINEZ <br><br> xx-xx-3010 <br><br> Debtor(s) | CASE NO. 22-01616-ESL13 <br> Chapter 13 <br><br><br><br> FILED & ENTERED ON SEP/13/2022 |

ORDER DISMISSING CASE

On August 3, 2022 the Court denied confirmation of debtor(s)' Chapter 13 Plan. More than fourteen (14) days have elapsed and the debtor(s) has/have not filed a modified plan, moved for the conversion of the case, filed a motion for reconsideration or order appealed the denial of confirmation. Accordingly, pursuant to PR LBR 3015-3(g), it is now

ORDERED that the instant case be and it hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case; and it is further

ORDERED that the Chapter 13 Trustee file a report and account within thirty (30) days from the entry of this order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of September, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge